

# Designation of Local Agent in Charge under Cleveland Codified Ordinances 365.02; and Acceptance by Local Agent in Charge

**Property Owner Name** ───────────────────────────────
*If LLC, please provide proof of current registration with the Ohio, Secretary of State*

**I. Designation by Owner**

As part of registration of a non-owner occupied residential unit or units under Cleveland Codified Ordinance 365.02, I designate myself to be the Local Agent in Charge. My address is:

**Name of Local Agent in Charge** *(must be human being residing in Cuyahoga or contiguous county)*

─────────────────────────────
Printed Name

**Local Agent's Residence Address**

───────────────────────────   ───────────────────────────
Number and Street                                City, State & Zip *(must be in Cuyahoga County, Ohio, or a contiguous county)*

Email address: ─────────────────────────────

Cell Phone: ──────────────────   Other Phone: ──────────────────

As part of registration of a non-owner occupied residential unit or units under Cleveland Codified Ordinance 365.02, I designate the following person to be the Local Agent in Charge:

───────────────────────────   ───────────────────────────
Name of Local Agent in Charge                    Age *(must be at least 18 years old)*

**EXHIBIT 5**

**Local Agent's Residence Address**

_____     _____
Number and Street                                                          City, State & Zip *(must be in Cuyahoga County,*
                                                                                           *Ohio, or a contiguous county)*

_____     _____
Business Name *(if applicable)*                                      Business Address

Email address: _____

Cell Phone: _____     Other Phone: _____

I agree to indemnify my designee for any liability that my designee has under C.C.O. 365.01(k)(2) for the maintenance and management of the non-owner occupied residential units I am registering.

_____
Signature of Owner

**II. Acceptance of Designation as Local Agent in Charge**

I, _____ , agree to be the Local Agent in Charge for non-owner occupied residential units being registered, with addresses (attach separate sheet as needed):

_____

_____

_____

I understand that I am being authorized by the owner to accept service of any Notice of Violations issued to the owner.

I understand that I am accepting joint responsibility with the owner for the maintenance, management, and repair of the units being registered, including criminal, civil or administrative liability, the City having the duty to make a good faith effort to hold the owner responsible before seeking to impose liability on me, as provided in C.C.O. 365.01(k)(2)

☐ I am a licensed real estate broker as defined in Ohio Revised Code 4735.01 and I have attached a copy of my license to this form.

☐ I am not a licensed real estate broker as defined in Ohio Revised Code 4735.01.

☐ I swear that the address indicated above is my residence address.

_____

Signature of Local Agent in Charge *(must be witnessed or notarized)*

State of Ohio, County of _____

Sworn to and subscribed in my presence this _____ day of _____, 20 _____

by _____

The person (s) herein described and having signed the above application and on oath swears, (or affirms) that all the statements herein made are true to the best of knowledge and belief.

_____

Notary Public