

**CLEVELAND RESIDENTS DESERVE HIGH-QUALITY HOUSING**

# What is "Residents First"?

Before "Residents First," the main way the City of Cleveland could hold accountable the owners of crumbling properties was through criminal citations handled by the courts. *It wasn't enough.*

 ## The First Problem.

Out-of-state LLCs would either find a legal loophole — or just not show up to court. They were **making big profits and avoiding any consequences for their illegal actions.**

 ## The Second Problem.

These **slumlords** saw Cleveland as an easy mark, so they bought up all the homes they could — **taking away the chance for Clevelanders to buy those homes.**

 ## The Third Problem.

When corporations don't care about community and make money from letting homes rot, they **drag down the property values for responsible residents nearby.**

 ## The SOLUTION.

Now, "Residents First" makes it much harder for bad landlords to hide from court, while also creating tickets and fines to **make them pay even outside of court.**

## How **Cleveland** Turns the Tables

- Out-of-town investors must have a "local agent" who the City can always find and bring to court.
- Civil tickets, fines, and other penalties to enforce the rules against landlords outside of court.
- Finally keep track of Cleveland's vacant buildings, with proactive inspections of vacant homes.

---

## Title

What are the graphs showing? Why is that?







**Percent Change in Owner-Occupied units from 2000-2021**

**-19.0%**
West Side

**-30.7%**
East Side

**EXHIBIT 4**