CITY OF CLEVELAND OHIO

City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (0)    Account Management    Logout

Search...  [🔍▾]

**Home**   **Building & Housing**   **Assessments and Licenses**   **Public Health**   **Public Safety**

**more** ▾

Search Building Records          Permits and Registrations

## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |

### *Step 1: Basic Information > Location and Owner*

*indicates a required field.

## Address

───────────────────────────────────────────────

*Street No.:          Direction:        *Street Name:              Street Type:
[          ]          [--Select--▾]     [                    ]     [--Select--▾]

Unit Type:                    Unit No.:
[--Select--  ▾]               [          ]

City:                                    State:         *Zip:
[CLEVELAND                     ]          [OH    ▾]      [              ]

Number of Units:
[                         ]

[Search]   [Clear]

## Parcel

───────────────────────────────────────────────

*Parcel Number:
[                    ]

**AFFIDAVIT EXHIBIT A**

*Ward:

[            ]

**Search**  **Clear**

## Owner

---

*Owner Name:   ⑦

[            ]

*Address Line 1:

[                    ]

Address Line 2:

[                    ]

Address Line 3:

[                    ]

*City:       *State:       *Zip:

[        ]   [--Select-- ▼]   [        ]

**Search**  **Clear**

**Save and resume later**         **Continue Application »**

2023 City of Cleveland All Rights Reserved



## Contact Information

*First:

*Last:

Name of Business:

*Address Line 1:

*City:

*State:

--Select▾

*Zip:

*Contact Phone

*Primary Phone No.*

*E-mail:

▾ Contact Addresses

**Add Additional Contact Address**

To edit a contact address, click the address link.

Showing 0–0 of 0

| Address Type | Recipient | Address | Action |
|---|---|---|---|
| No records found. | | | |

**Continue**   **Clear**   **Discard Changes**

## Corporation/Partnership Information

**CORPORATION INFO**

\* Is the owner an individual or a
Corporation/Partnership?:                    --Select--

                                              --Select--

                                              Corporation/Partnership

## Partnership/Corporation Infor      Individual

## Contact Information

* First:      Middle:      * Last:

Name of Business:

Country:

United States

* Address Line 1:

* City:

* State:

--Select--

* Zip:

Contact Phone      Work Phone:      Mobile Phone:

Primary Phone No.

Fax:

E-mail:

▼ **Contact Addresses**

**Add Additional Contact Address**

To edit a contact address, click the address link.

Showing 0-0 of 0

| Address Type | Recipient | Address | Action |
|---|---|---|---|
| No records found. | | | |

**Continue**    **Clear**    **Discard Changes**

Case: 1:25-cv-00430-PAB   Doc #: 6-9   Filed: 03/29/25   7 of 27.   PageID #: 208

**Property Owner County**

\* **Please select the County where the**
**property owner resides:**    [--Select--            ▼]

# Local Agent in Charge

To add a new contact, click the Add Contact link. To edit a contact, click the Edit link.

**Select from Account**    **Add New**

**Save and resume later**                                        **Continue Application »**

2023 City of Cleveland All Rights Reserved



## Contact Information

                                \* First:                Middle:             \* Last:

Name of Business:

Country:

United States

\* Address Line 1:

\* City:

\* State:

--Select--

\* Zip:

Contact Phone                Work Phone:                Mobile Phone:

*Primary Phone No.*

Fax:

E-mail:

▼ Contact Addresses

**Add Additional Contact Address**

To edit a contact address, click the address link.

Showing 0-0 of 0

| Address Type | Recipient | Address | Action |
|---|---|---|---|
| No records found. | | | |

**Continue**  **Clear**  Discard Changes



**\* Are there any open violations on the property?:**

**\* Year Built:**







# City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (0)    Account Management    Logout

Search...

**Home    Building & Housing    Assessments and Licenses    Public Health    Public Safety**

**more** ▼

Search Building Records        Permits and Registrations

## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |

## *Step 2: Additional Information > Registration Details*

*indicates a required field.

# Registration Details

**Rental Information**



* **Have you previously registered this property with the City? :**    ○ Yes  ◉ No

* **Number of Units:**    `30`

* **Are any of the units occupied full time by the owner of the property?:**    ○ Yes  ◉ No

* **Is there a delinquent property tax balance on this parcel?:**    ○ Yes  ◉ No

* **Are there any open violations on the property?:**    --Select--

* **Does the owner pay the water utility bill?:**    ○ Yes  ○ No

* **Does the owner pay the electric utility bill?:**    ○ Yes  ○ No

* **Does the owner pay the gas utility bill?:**    ○ Yes  ○ No

**\* Has the property undergone a HVAC Safety Inspection within the last year?:**

○ Yes ○ No

**\* Year Built:**

[ --Select--              ▼ ]

[ **Save and resume later** ]                    [ **Continue Application »** ]

2023 City of Cleveland All Rights Reserved



# City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH   Collections (0)   🛒 Cart (0)   Account Management   Logout

Search...   🔍 ▾

**Home**   **Building & Housing**   **Assessments and Licenses**   **Public Health**   **Public Safety**

**more** ▾

Search Building Records        Permits and Registrations

## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |
|---|---|---|---|---|

### *Step 2:Additional Information > Registration Details*

*indicates a required field.

# Registration Details

**Rental Information**



* **Have you previously registered this property with the City? :**   ○ Yes ⦿ No

* **Number of Units:**   [30]

* **Are any of the units occupied full time by the owner of the property?:**   ○ Yes ⦿ No

* **Is there a delinquent property tax balance on this parcel?:**   ○ Yes ⦿ No

* **Are there any open violations on the property?:**   [Unknown ▾]

* **Does the owner pay the water utility bill?:**   ○ Yes ⦿ No

* **Does the owner pay the electric utility bill?:**   ○ Yes ⦿ No

* **Does the owner pay the gas utility bill?:**   ○ Yes ⦿ No

*Has the property undergone a HVAC Safety Inspection within the last year?:
  ◉ Yes  ○ No

*Enter the date of the HVAC Safety Inspection:
  [ MM/DD/YYYY ] 📅

*Year Built:
  [ --Select-- ▼ ]

[ Save and resume later ]                    [ Continue Application » ]

2023 City of Cleveland All Rights Reserved



# City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (0)    Account Management    Logout

Search...

**Home**   **Building & Housing**   **Assessments and Licenses**   **Public Health**   **Public Safety**

**more** ▼

Search Building Records        Permits and Registrations

## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |
|---|---|---|---|---|

### *Step 2: Additional Information > Registration Details*

*indicates a required field.

# Registration Details

**Rental Information**



*Have you previously registered this property with the City? :      ○ Yes  ⦿ No

*Number of Units:      30

*Are any of the units occupied full time by the owner of the property?:      ○ Yes  ⦿ No

*Is there a delinquent property tax balance on this parcel?:      ○ Yes  ⦿ No

*Are there any open violations on the property?:      Unknown ▼

*Does the owner pay the water utility bill?:      ○ Yes  ⦿ No

*Does the owner pay the electric utility bill?:      ○ Yes  ⦿ No

*Does the owner pay the gas utility bill?:      ○ Yes  ⦿ No

**\* Has the property undergone a HVAC Safety Inspection within the last year?:**

◉ Yes  ○ No

**\* Enter the date of the HVAC Safety Inspection:**

03/22/2025  🗓

**\* Year Built:**

1942  ▼

**\* Has a Lead Safe Certificate been filed for this address?:**

◉ Yes  ○ No

**Lead Safe Certificate Number:**

[                    ]

**Save and resume later**         **Continue Application »**

2023 City of Cleveland All Rights Reserved



# City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (0)    Account Management    Logout

Search...    🔍 ▾

**Home    Building & Housing    Assessments and Licenses    Public Health    Public Safety**

**more** ▾

Search Building Records        Permits and Registrations

## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |
|---|---|---|---|---|

### *Step 2: Additional Information > Registration Details*

*indicates a required field.

# Registration Details

## Rental Information

* **Have you previously registered this property with the City? :**    ○ Yes  ● No

* **Number of Units:**    30

* **Are any of the units occupied full time by the owner of the property?:**    ○ Yes  ● No

* **Is there a delinquent property tax balance on this parcel?:**    ○ Yes  ● No

* **Are there any open violations on the property?:**    Unknown ▾

* **Does the owner pay the water utility bill?:**    ○ Yes  ● No



* **Does the owner pay the electric utility bill?:**    ○ Yes  ● No

* **Does the owner pay the gas utility bill?:**    ○ Yes  ● No

**\*Has the property undergone a HVAC Safety Inspection within the last year?:**

◉ Yes ○ No

**\*Enter the date of the HVAC Safety Inspection:**

03/22/2025

**\*Year Built:**

1942

**Upon submission of this record, apply for a Lead Safe Certificate**

**\*Has a Lead Safe Certificate been filed for this address?:**

○ Yes ◉ No

**Save and resume later**

**Continue Application »**

2023 City of Cleveland All Rights Reserved



## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |
|---|---|---|---|---|

### *Step 2: Additional Information > Supporting Documentation*

*indicates a required field.

## Attachment

The maximum file size allowed is **500 MB**.
**ade;adp;bat;chm;cmd;com;cpl;exe;hta;htm;html;ins;isp;jar;js;jse;lib;lnk;mde;mht;mhtml;msc;msp;mst;php;pif;scr;**
are disallowed file types to upload.



| Action | Name | Type | Size | Latest Update |
|---|---|---|---|---|
| No records found. | | | | |

**Add**

**Save and resume later**

**Continue Application »**

2023 City of Cleveland All Rights Reserved

Case: 1:25-cv-00430-PAB   Doc #: 6-9   Filed: 03/28/25   21 of 27.   PageID #: 222

# City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (0)    Account Management    Logout

Search...    🔍

**Home**   **Building & Housing**   **Assessments and Licenses**   **Public Health**   **Public Safety**

**more** ▼

Search Building Records          Permits and Registrations

## Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |

### *Step 3: Review*

| **Save and resume later** | | **Continue Application »** |

Please review all information below. Click the "Edit" buttons to make changes to sections or "Continue Application" to move on.

## Record Type
___
Rental Registration

## Address                                                    [Edit]
___
**123 MAIN**
CLEVELAND OH 44114
Number of Units: 30

## Parcel                                                     [Edit]
___
**Parcel Number: 1234**
Ward: 1

## Owner                                                      [Edit]
___
**ABC OWNER**
123 MAIN
CLEVELAND OH 44114

## Responsible Party                                          [Edit]

JOHN DOE
123 MAIN
CLEVELAND, OH, 44114
Contact Phone123-456-7891
E-mail:JOHNDOE@GMAIL.COM

# Corporation/Partnership Information

### CORPORATION INFO                                                                [Edit]

Is the owner an individual or a                 Corporation/Partnership
Corporation/Partnership?:

# Partnership/Corporation Information                              [Edit]

# Property Owner Residence

### Property Owner County                                                           [Edit]

Please select the County where the            Cuyahoga
property owner resides:

# Local Agent in Charge                                            [Edit]

# Registration Details

### Rental Information                                                               [Edit]

Have you previously registered this            No
property with the City? :

Number of Units:                               30

Are any of the units occupied full time        No
by the owner of the property?:

Is there a delinquent property tax             No
balance on this parcel?:

Are there any open violations on the           Unknown
property?:

Does the owner pay the water utility           No
bill?:

Does the owner pay the electric utility        No
bill?:

Does the owner pay the gas utility bill?:       No

Has the property undergone a HVAC              Yes
Safety Inspection within the last year?:

Enter the date of the HVAC Safety              03/22/2025
Inspection:

Year Built:                                    1942

Has a Lead Safe Certificate been filed         No
for this address?:

# Attachment

Edit

The maximum file size allowed is **500 MB**.
**ade;adp;bat;chm;cmd;com;cpl;exe;hta;htm;html;ins;isp;jar;js;jse;lib;lnk;mde;mht;mhtml;msc;msp;mst;php;pif;scr;** are disallowed file types to upload.

| Action | Name | Type | Size | Latest Update |
|--------|------|------|------|---------------|
| No records found. | | | | |

**Save and resume later**

**Continue Application »**

2023 City of Cleveland All Rights Reserved

## City of Cleveland Citizen Portal



clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (0)    Account Management    Logout

Search...

**Home**    **Building & Housing**    **Assessments and Licenses**    **Public Health**    **Public Safety**

**more** ▼

Search Building Records      Permits and Registrations

### Rental Registration

| 1 Basic Information | 2 Additional Information | 3 Review | 4 Pay Fees | 5 Record Issuance |
|---|---|---|---|---|

### *Step 4 : Pay Fees*

Listed below are preliminary fees based upon the information you've entered. Some fees are based on the quantity of work items installed or repaired. Enter quantities where applicable. The following screen will display your total fees.

#### Application Fees

| Fees | Qty. | Amount |
|---|---|---|
| Rental Registration Fee | 30 | $2,100.00 |

**TOTAL FEES: $2,100.00**
Note: This does not include additional inspection fees which may be assessed later.

Listed below are conditions that will be applied once you submit your application. Note that these conditions must be resolved or met before your can get approval from the agency.

## Conditions

Showing 1-1 of 1

**BuildingHousing** - 1 Applied
**Rental Registration**
**Additional Documents**
*The following documents are required for Certificate Approving Rental Occupancy:*
Notice

**Check Out »**

2023 City of Cleveland All Rights Reserved



City of Cleveland Citizen Portal

clevelandohio.gov

Logged in as:SAM SMITH    Collections (0)    🛒 Cart (1)    Account Management    Logout

Search...   🔍 ▾

**Home**   **Building & Housing**   **Assessments and Licenses**   **Public Health**   **Public Safety**

**more** ▾

Dashboard         My Records         My Account         Advanced Search ▾

## Cart

| 1  Select item to pay | 2  Payment information | 3  Receipt/Record issuance |

### *Step 1: Select item to pay*

Click on the arrow in front of a row to display additional information. Items can be saved for a future checkout by clicking on the Save for later link.

**PAY NOW**

**123 MAIN, CLEVELAND OH 44114**
**1 Application(s) | $2,100.00**
▸   Rental Registration                    Total due: $2,100.00
    25TMP-022683

### Total amount to be paid: $2,100.00
**Note:** This does not include additional inspection fees which may be assessed later.

**Checkout »**    **Edit Cart »**    **Continue Shopping »**

2023 City of Cleveland All Rights Reserved



## Step 2: Payment information

Please select a payment method and then fill in all required information.
The available payment methods are:

    ¿Credit Card

    ¿Bank Account

Use the dropdown menu to change the payment type.

**CONVENIENCE FEE DISCLOSURE**

The City of Cleveland uses Official Payments to process online electronic check payments as well as credit & debit card payments for American Express, Discover, MasterCard and Visa for permit and license applications accepted in Accela Citizen Access.

Please note there is a convenience fee associated with paying online. The City of Cleveland does not retain any portion of these additional fees. Below are the current rates and fees.

<u>ELECTRONIC CHECK:</u> Flat Rate of $2.45 per payment

<u>CREDIT OR DEBIT CARD:</u> Service Fee Charge of 3.06% with a $2.45 minimum per payment

When paying online, two (2) line items will be appear on your credit card or bank statement as **OPC*City of Cleveland ACA.** The first line item will be the license/permit fee and the second line item will be the convenience fee.

If you do not wish to incur the convenience fees, you must remit your application and associated fees in person **or** by mail to the appropriate department.

<u>Please direct online payment questions or concerns to those listed below:</u>

Permits and Licenses from Assessments and Licenses 216-664-3875

Permits and Licenses from Building and Housing 216-664-2025

<span style="color:orange">*</span> indicates a required field.

## Payment Options

**Amount to be charged: $2,100.00**

🔘 Pay with Credit Card
⚪ Pay with Bank Account

**Submit Payment »**

2023 City of Cleveland All Rights Reserved