UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BVG PROPERTIES, LLC, et al., | ) | CASE NO.: 1:25:CV-00430 |
| | ) | |
| Plaintiffs, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CITY OF CLEVELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before this Court on _____ relative to Plaintiffs' Amended Combined Motion for Temporary Restraining Order and Preliminary Injunction.

For good cause shown, Plaintiffs' Amended Combined Motion for Temporary Restraining Order and Preliminary Injunction is granted.

Defendant Cleveland and Defendant Sally Martin aka Sally Martin O'Toole (hereinafter "Defendants") are hereby enjoined, along with their representatives, successors, agents, employees, legal representatives, and any and all other individuals acting for or on behalf of the Defendants from enforcing or attempting to enforce Cleveland Cod.Ord. Chapter 365, Cleveland Cod.Ord. 365.01(k), Cleveland Cod.Ord. 365.02 and Cleveland Cod.Ord. 365.03 against Plaintiffs BVG Properties, LLC, 7006 Detroit Road, LLC and 1415-1419 W101 LLC and from engaging in any conduct that interferes with, threatens, or attempts to interfere with or threaten the Plaintiffs' rights, including Plaintiffs rights under Ohio law and the Ohio Constitution in order to fully

protect its rights during the pendency of this case, *BVG Properties, LLC, et al. v. City of Cleveland, et al.,* Case No. 1:25-CV-00430, or until further order by this Court.

Defendant Cleveland Municipal Court, Housing Division and Defendant Judge W. Mona Scott are hereby enjoined along with their representatives, successors, agents, legal representatives, employees, visiting judges of the Cleveland Municipal Court, Housing Division and all current and future Cleveland Municipal Court, Housing Division magistrates as well as any and all other individuals acting for or on behalf of Defendant Cleveland Municipal Court, Housing Division or Defendant Judge Mona Scott from enforcing or attempting to enforce Cleveland Municipal Court, Housing Division Local Rule 3(B)(4) and 3(B)(5) as it relates to 3(B)(4) against Plaintiffs BVG Properties, LLC, 7006 Detroit Road, LLC and 1415-1419 W101 LLC and from engaging in any conduct that interferes with, threatens, or attempts to interfere with or threaten the Plaintiffs' rights, including Plaintiffs rights under Ohio law and the Ohio Constitution in order to fully protect its rights during the pendency of this case, *BVG Properties, LLC, et al. v. City of Cleveland, et al.,* Case No. 1:25-CV-00430, or until further order by this Court.

This Order includes the following addresses for BVG Properties, LLC (Broadview Gardens Apartments):

1. 1620 Pleasantdale Avenue, Cleveland, Ohio 44109
2. 1621 Pleasantdale Avenue, Cleveland, Ohio 44109
3. 1624 Pleasantdale Avenue, Cleveland, Ohio 44109
4. 1625 Pleasantdale Avenue, Cleveland, Ohio 44109
5. 1628 Pleasantdale Avenue, Cleveland, Ohio 44109
6. 1629 Pleasantdale Avenue, Cleveland, Ohio 44109

7. 1632 Pleasantdale Avenue, Cleveland, Ohio 44109
8. 1633 Pleasantdale Avenue, Cleveland, Ohio 44109
9. 1636 Pleasantdale Avenue, Cleveland, Ohio 44109
10. 1637 Pleasantdale Avenue, Cleveland, Ohio 44109
11. 1800 Pleasantdale Avenue, Cleveland, Ohio 44109
12. 1801 Pleasantdale Avenue, Cleveland, Ohio 44109
13. 1804 Pleasantdale Avenue, Cleveland, Ohio 44109
14. 1805 Pleasantdale Avenue, Cleveland, Ohio 44109
15. 1808 Pleasantdale Avenue, Cleveland, Ohio 44109
16. 1809 Pleasantdale Avenue, Cleveland, Ohio 44109
17. 1812 Pleasantdale Avenue, Cleveland, Ohio 44109
18. 1813 Pleasantdale Avenue, Cleveland, Ohio 44109
19. 1816 Pleasantdale Avenue, Cleveland, Ohio 44109
20. 1817 Pleasantdale Avenue, Cleveland, Ohio 44109
21. 1819 Pleasantdale Avenue, Cleveland, Ohio 44109
22. 1820 Pleasantdale Avenue, Cleveland, Ohio 44109
23. 1823 Pleasantdale Avenue, Cleveland, Ohio 44109
24. 1824 Pleasantdale Avenue, Cleveland, Ohio 44109
25. 1900 Pleasantdale Avenue, Cleveland, Ohio 44109
26. 1903 Pleasantdale Avenue, Cleveland, Ohio 44109
27. 1904 Pleasantdale Avenue, Cleveland, Ohio 44109
28. 1907 Pleasantdale Avenue, Cleveland, Ohio 44109
29. 1908 Pleasantdale Avenue, Cleveland, Ohio 44109

30. 2000 Pleasantdale Avenue, Cleveland, Ohio 44109

31. 2001 Pleasantdale Avenue, Cleveland, Ohio 44109

32. 4881 Broadview Road, Cleveland, Ohio 44109

33. 4901 Broadview Road, Cleveland, Ohio 44109

34. 4917 Broadview Road, Cleveland, Ohio 44109

35. 4919 Broadview Road, Cleveland, Ohio 44109

36. 4921 Broadview Road, Cleveland, Ohio 44109

37. 4923 Broadview Road, Cleveland, Ohio 44109

38. 4927 Broadview Road, Cleveland, Ohio 44109

This order includes the following address for 7006 Detroit Road, LLC (The 7006 Detroit Street Apartments):

1. 7006 Detroit Avenue, Cleveland, Ohio 44102

This order includes the following addresses for 1415-1419 W101 LLC (West 101 Street Apartments):

1. 1415 West 101 Street, Cleveland, Ohio 44102

2. 1419 West 101 Street, Cleveland, Ohio 44102

IT IS SO ORDERED.

_____          _____
JUDGE PAMELA BARKER                                    DATE