# IN THE U.S. DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BVG PROPERTIES, LLC, *et al.,* | ) | CASE NO. 1:25-cv-00430 |
| Plaintiffs, | ) ) | JUDGE PAMELA A. BARKER |
| v. | ) ) ) | **NOTICE OF APPEARANCE OF** |
| CITY OF CLEVELAND, *et al.,* | ) ) | **COUNSEL FOR DEFENDANTS CITY OF CLEVELAND AND SALLY** |
| Defendants. | ) | **MARTIN** |

Now comes Gilbert Blomgren, Assistant Director of Law and William Menzalora, Chief Assistant Director of Law, and hereby submit their Notice of Appearance of Counsel on behalf of Defendants City of Cleveland and Sally Martin in the instant case.

Please forward all correspondence to the address listed below to the attention of Attorneys Gilbert Blomgren and William Menzalora, listed below.

    Respectfully Submitted,

    MARK D. GRIFFIN (0064141)
    Director of Law

By: */s/ Gilbert Blomgren*
    Gilbert Blomgren (0065240)
    Assistant Director of Law
    William M. Menzalora (0061136)
    Chief Assistant Director of Law
    City of Cleveland, Department of Law
    601 Lakeside Avenue, Room 106
    Cleveland, Ohio 44114-1077
    Tel: (216) 664-2800
    Email: gblomgren@clevelandohio.gov
           wmenzalora@clevelandohio.gov
    *Attorney for the City of Cleveland and Sally Martin*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on the 1st day of April, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _Gilbert Blomgren____
Gilbert Blomgren (0065240)
*Attorney for Defendants City of Cleveland and Sally Martin*
