UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BVG PROPERTIES, LLC, et al., | CASE NO.: 1:25:CV-00430 |
| Plaintiffs, | JUDGE PAMELA A. BARKER |
| vs. | |
| CITY OF CLEVELAND, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL

Now comes Plaintiffs, BVG Properties, LLC, 7006 Detroit LLC and 1415-1419 West 101 LLC, by and through the undersigned counsel, and hereby dismisses Defendant Cleveland Municipal Court, Housing Division and Defendant Judge W. Mona Scott only. Said dismissal shall be without prejudice.

Respectfully submitted,

/S/ SARAH S. GRAHAM
Sarah S. Graham, Esq. (0070850)
2 Summit Park Drive, #645
Independence, Ohio 44131
Telephone 216-264-4105
Fax 216-264-4110
sgraham@aiyproperties.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      A copy of the foregoing Notice of Voluntary Dismissal was served electronically via the Court's filing system as well as via email on April 1, 2025 to the following:

JR Russell, Esq.
601 Lakeside Avenue
Cleveland, Ohio 44114
jrussell2@clevelandohio.gov

                                            /S/ SARAH S. GRAHAM
                                            Sarah S. Graham, Esq. (0070850)
                                            Attorney for Plaintiffs