UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BVG PROPERTIES, LLC, et al., | ) | CASE NO.: 1:25:CV-00430 |
| | ) | |
| Plaintiffs, | ) | JUDGE PAMELA A. BARKER |
| vs. | ) | |
| CITY OF CLEVELAND, et al., | ) | |
| Defendants. | ) | |

### **PLAINTIFFS' MOTION TO CLARIFY**

Now comes Plaintiffs, BVG Properties, LLC, 7006 Detroit LLC and 1415-1419 West 101 LLC, by and through the undersigned counsel, and respectfully requests this Honorable Court to clarify whether all parties must also be present at the May 16, 2025 preliminary injunction hearing.  The April 2,2025 order did not specify.  Although Plaintiffs' representative will be present at the hearing, Plaintiffs' request clarification so that there is no misunderstanding as to whether all parties are required to attend the preliminary injunction hearing.

Respectfully submitted,

/S/ SARAH S. GRAHAM
Sarah S. Graham, Esq. (0070850)
2 Summit Park Drive, #645
Independence, Ohio 44131
Telephone 216-264-4105
Fax 216-264-4110
sgraham@aiyproperties.com
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

A copy of the foregoing Plaintiffs' Motion to Clarify was served via the Court's online filing system on April 9, 2025 to the following:

JR Russell, Esq.
601 Lakeside Avenue
Cleveland, Ohio 44114
jrussell2@clevelandohio.gov

Gilbert Blomgren, Esq.
601 Lakeside Avenue
Cleveland, Ohio 44114
Gblomgren@clevelandohio.gov

/S/ SARAH S. GRAHAM
Sarah S. Graham, Esq. (0070850)
Attorney for Plaintiffs