IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BVG Properties, LLC, et al., | Case No. 1:25-cv-00430-PAB |
| Plaintiffs, | |
| -vs- | JUDGE PAMELA A. BARKER |
| City of Cleveland, et al., | |
| Defendants. | JUDGMENT ENTRY |

For the reasons stated in the Memorandum Opinion and Order issued on August 29, 2025 (Doc. No. 32), Defendants' Motion to Dismiss is **GRANTED** as follows.  Counts Two through Five are dismissed.  The Court declines to exercise jurisdiction over Counts One, Six, Seven, and Eight, and accordingly, those counts are dismissed without prejudice.  Plaintiffs' Motion for Preliminary Injunction is **DENIED AS MOOT**.  This case is hereby TERMINATED.

IT IS SO ORDERED.

Date:  August 29, 2025

 s/Pamela A. Barker
PAMELA A. BARKER
U.S. DISTRICT JUDGE